David T. Biderman (Cal. Bar No. 101577)
DBiderman@perkinscoie.com
Joren S. Bass (Cal. Bar No. 208143)
JBass@perkinscoie.com
Jacqueline E. Young (Cal. Bar No. 280374)
JYoung@perkinscoie.com
PERKINS COIE LLP
Four Embarcadero Center, Suite 2400
San Francisco, CA  94111-4131
Telephone:  415.344.7000
Facsimile:  415.344.7050

Joseph J. Jacobi (*Pro Hac Vice* app. pending)
JJacobi@mcdonaldhopkins.com
Richard N. Kessler (*Pro Hac Vice* app. to be filed)
RKessler@mcdonaldhopkins.com
MCDONALD HOPKINS LLC
300 North LaSalle Street, Suite 2100
Chicago, IL  60654
Telephone:  312.280.0111
Facsimile:  312.280.8232

Attorneys for Defendant
LIFEWAY FOODS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT E. FIGY, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>LIFEWAY FOODS, INC.,<br><br>Defendant. | Case No. 3:13-CV-04828 TEH<br><br>**DEFENDANT LIFEWAY FOODS, INC.'S NOTICE OF APPEARANCE (DAVID T. BIDERMAN)** |

# NOTICE OF APPEARANCE

TO THE CLERK OF THE UNITED STATES DISTRICT COURT AND ALL INTERESTED PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that David T. Biderman of Perkins Coie LLP, a member of the State Bar of California and admitted to practice before the Court, is appearing as counsel of record for Defendant Lifeway Foods, Inc.  Copies of all documents and pleadings with regard to this litigation, with the exception of original process, are to be electronically served on Mr. Biderman.

DATED:  November 19, 2013

**PERKINS COIE LLP**

By: /s/ Joren S. Bass
　　　Joren S. Bass

Attorneys for Defendant
LIFEWAY FOODS, INC.