David T. Biderman (Cal. Bar No. 101577)
DBiderman@perkinscoie.com
Joren S. Bass (Cal. Bar No. 208143)
JBass@perkinscoie.com
Jacqueline E. Young (Cal. Bar No. 280374)
JYoung@perkinscoie.com
PERKINS COIE LLP
Four Embarcadero Center, Suite 2400
San Francisco, CA  94111-4131
Telephone:  415.344.7000
Facsimile:  415.344.7050

Joseph J. Jacobi (*Pro Hac Vice* app. pending)
JJacobi@mcdonaldhopkins.com
Richard N. Kessler (*Pro Hac Vice* app. to be filed)
RKessler@mcdonaldhopkins.com
MCDONALD HOPKINS LLC
300 North LaSalle Street, Suite 2100
Chicago, IL  60654
Telephone:  312.280.0111
Facsimile:  312.280.8232

Attorneys for Defendant
LIFEWAY FOODS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT E. FIGY, individually and on behalf of all others similarly situated,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>LIFEWAY FOODS, INC.,<br><br>　　　　　　　Defendant. | Case No. 3:13-CV-04828 TEH<br><br>**DEFENDANT LIFEWAY FOODS, INC.'S DISCLOSURE STATEMENT OF NON-PARTY INTERESTED ENTITIES OR PERSONS**<br><br>**[Fed. R. Civ. P. 7.1**; **Civ. L.R. 3-16]** |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned certifies that Danone Holdings, Inc., owns more than 10% of Defendants Lifeway Foods, Inc. ("Lifeway Foods") stock.  Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than the named parties and Danone Holdings, Inc., no person, association of persons, firms, partnerships, corporations, or other entities are known by Lifeway Foods to have either (i) a financial or other interest (of any kind) in the subject matter in controversy or in a party to the proceedings; or (ii) any other kind of interest that could be substantially affected by the outcome of the proceedings.

DATED:  November 20, 2013          **PERKINS COIE LLP**

By:  /s/ Joren S. Bass
     Joren S. Bass

Attorneys for Defendant
LIFEWAY FOODS, INC.

LEGAL28509668

-2-

DEFENDANT LIFEWAY FOODS, INC.'S DISCLOSURE STATEMENT
CASE NO. 3:13-CV-04828 TEH