1  David T. Biderman (Cal. Bar No. 101577)
   DBiderman@perkinscoie.com
2  Joren S. Bass (Cal. Bar No. 208143)
   JBass@perkinscoie.com
3  Jacqueline E. Young (Cal. Bar No. 280374)
   JYoung@perkinscoie.com
4  PERKINS COIE LLP
   Four Embarcadero Center, Suite 2400
5  San Francisco, CA  94111-4131
   Telephone:  415.344.7000
6  Facsimile:  415.344.7050

7  Joseph J. Jacobi (*Pro Hac Vice* app. pending)
   JJacobi@mcdonaldhopkins.com
8  Richard N. Kessler (*Pro Hac Vice* app. to be filed)
   RKessler@mcdonaldhopkins.com
9  MCDONALD HOPKINS LLC
   300 North LaSalle Street, Suite 2100
10 Chicago, IL  60654
   Telephone:  312.280.0111
11 Facsimile:  312.280.8232

12 Attorneys for Defendant
   LIFEWAY FOODS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT E. FIGY, individually and on behalf of all others similarly situated,<br><br>             Plaintiff,<br><br>      v.<br><br>LIFEWAY FOODS, INC.,<br><br>             Defendant. | Case No. 3:13-CV-04828 TEH<br><br>**[PROPOSED] ORDER GRANTING STIPULATION AS TO TIME TO ANSWER OR OTHERWISE PLEAD** |

**[PROPOSED] ORDER**

Pursuant to the stipulation of the parties, IT IS ORDERED AS FOLLOWS:

1. Plaintiff will serve his CLRA notice on Defendant Lifeway Foods, Inc. ("Lifeway Foods") no later than November 22, 2013. Lifeway Foods shall respond to the notice on or before December 6, 2013.

2. Plaintiff will file an amended complaint, if any, by no later than December 20, 2013. Lifeway Foods waives any defense to a request for CLRA damages on grounds that the amended complaint was filed sooner than the thirty day notice period provided for in section 1782(b) of the California Civil Code. Lifeway Foods preserves all other defenses to plaintiff's CLRA claim, including the claim for damages under the CLRA.

3. Lifeway Foods shall answer or otherwise respond to Plaintiff's amended complaint by no later than January 17, 2014.

4. If Lifeway Foods responds to Plaintiff's amended complaint with a motion to dismiss, the parties shall meet and confer to establish a briefing and hearing schedule that is mutually-convenient.

5. This Order is made without prejudice to Lifeway Foods's rights or the rights of any other party to seek additional time to respond to the complaint, if necessary.

6. This Order does not waive any defenses, rights, privileges or otherwise concede to the appropriateness of this forum for resolution of this dispute.

**IT IS SO ORDERED**.

Dated: _____        _____
                                      Honorable Thelton E. Henderson
                                      United States District Judge

LEGAL28510120

-2-

[PROPOSED] ORDER GRANTING STIPULATION AS TIME TO ANSWER OR OTHERWISE PLEAD
CASE NO. 3:13-CV-04828 TEH