1 | David T. Biderman (Cal. Bar No. 101577)
DBiderman@perkinscoie.com
2 | Joren S. Bass (Cal. Bar No. 208143)
JBass@perkinscoie.com
3 | PERKINS COIE LLP
Four Embarcadero Center, Suite 2400
4 | San Francisco, CA 94111-4131
Telephone: 415.344.7000
5 | Facsimile: 415.344.7050

6 | Joseph J. Jacobi (*Pro Hac Vice*)
JJacobi@mcdonaldhopkins.com
7 | Richard N. Kessler (*Pro Hac Vice*)
RKessler@mcdonaldhopkins.com
8 | MCDONALD HOPKINS LLC
300 North LaSalle Street, Suite 2100
9 | Chicago, IL 60654
Telephone: 312.280.0111
10 | Facsimile: 312.280.8232

11 | Attorneys for Defendant
LIFEWAY FOODS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ROBERT E. FIGY, individually and on behalf of all others similarly situated,

　　　　　　　Plaintiff,

　　v.

LIFEWAY FOODS, INC.,

　　　　　　　Defendant.

Case No. 3:13-CV-04828 TEH

[~~PROPOSED~~] **ORDER ON STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE**

Action Filed: October 17, 2013

IT IS SO ORDERED AS MODIFIED

[PROPOSED] ORDER ON STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE
CASE NO. 3:13-CV-04828 TEH

1                                        **[~~PROPOSED~~] ORDER**

2          Pursuant to the stipulation of the parties, and for good cause showing, the Case Management Conference currently scheduled for January 27, 2014, is continued to ~~March 24~~ April 7, 2014, at 1:30 p.m. in Courtroom 12 of the above-referenced Court. The parties shall complete initial disclosures, file the Rule 26(f) Report and case management conference statement by no later than March ~~17~~ 31, 2104.

**IT IS SO ORDERED.**

DATED: _____01/21_____, 2014

*[Stamp: IT IS SO ORDERED AS MODIFIED — signature — Judge Thelton E. Henderson — United States District Court, Northern District of California seal]*

The Honorable Thelton E. Henderson
Judge of the United States District Court
of California, Northern District

LEGAL29083150

-2-

[PROPOSED] ORDER ON STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE
CASE NO. 3:13-CV-04828 TEH