IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ROBERT E. FIGY, individually and on behalf of all others similarly situated,<br><br>          Plaintiff,<br>vs.<br><br>LIFEWAY FOODS INC.,<br><br>          Defendant. | Case No. 3:13-CV-04828-TEH<br><br>**STIPULATION CONTINUING HEARING ON MOTION TO DISMISS AND RELATED DEADLINES**<br><br>Action Filed: October 17, 2013 |

# [~~PROPOSED~~] ORDER

Good cause appearing therefore, it is herby ordered that the hearing on Defendant's Motion to Dismiss Plaintiff's First Amended Complaint is continued to ___March 24___, 2014, at __10:00 a.m.__.

It is further ordered that that deadline to file a response to the Defendant's Motion to Dismiss Plaintiff's First Amended Complaint be extended from January 31, 2014 to February 14, 2014 and that the deadline for Defendant's reply be extended from February 7, 2014 to February 21, 2014.

IT IS SO ORDERED.
Dated: January __29__, 2014

_____
Hon. Thelton E. Henderson
UNITED STATES DISTRICT JUDGE