1  David T. Biderman (Cal. Bar No. 101577)
   DBiderman@perkinscoie.com
2  Joren S. Bass (Cal. Bar No. 208143)
   JBass@perkinscoie.com
3  PERKINS COIE LLP
   Four Embarcadero Center, Suite 2400
4  San Francisco, CA  94111-4131
   Telephone:  415.344.7000
5  Facsimile:  415.344.7050

6  Joseph J. Jacobi (*Pro Hac Vice*)
   JJacobi@mcdonaldhopkins.com
7  Richard N. Kessler (*Pro Hac Vice*)
   RKessler@mcdonaldhopkins.com
8  MCDONALD HOPKINS LLC
   300 North LaSalle Street, Suite 2100
9  Chicago, IL  60654
   Telephone:  312.280.0111
10 Facsimile:  312.280.8232

11 Attorneys for Defendant
   LIFEWAY FOODS, INC.
12

13                    UNITED STATES DISTRICT COURT

14                   NORTHERN DISTRICT OF CALIFORNIA

15

16 | ROBERT E. FIGY, individually and on behalf of all others similarly situated, | Case No. 3:13-CV-04828 TEH
17 |                                  | **[PROPOSED]** ORDER ON STIPULATION TO CONTINUE HEARING ON MOTION TO DISMISS
18 |                      Plaintiff,  |
   |         v.                       | Action Filed:  October 17, 2013
19 |                                  |
   | LIFEWAY FOODS, INC.,             |
20 |                                  |
   |                      Defendant.  |
21

1 | **[PROPOSED] ORDER**

2  Pursuant to the stipulation of the parties, and for good cause showing, the hearing on
3 Defendant Lifeway Foods, Inc.'s motion to dismiss Plaintiff's First Amended Complaint is
4 hereby continued from April 14, 2014 at 10:00 a.m., to May 12, 2014, at 10:00 a.m., in
5 Courtroom 2 of the above-referenced Court.

7 **IT IS SO ORDERED.**

9 DATED:  04/08/14

_____
THELTON E. HENDERSON
United States District Judge

14 LEGAL120419369.1