UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ROBERT E. FIGY,

        Plaintiff,

v.

LIFEWAY FOODS, INC.,

        Defendant.

Case No. 13-cv-04828-TEH

**ORDER CONTINUING CASE MANAGEMENT CONFERENCE**

The case management conference currently scheduled for January 26, 2015, is hereby continued to **April 20, 2015**, at **1:30 PM**. The parties shall file a joint statement of no more than six pages, updating the Court on the status of the FDA's action with respect to the ECJ guidance and the parties' positions as to whether the stay shall remain in effect, no later than seven days prior to the case management conference, or upon learning of final action by the FDA, whichever happens first.

**IT IS SO ORDERED.**

Dated:   01/20/15

                                                        _____
THELTON E. HENDERSON
United States District Judge