| | |
|---|---|
| 1 | Ben F. Pierce Gore (SBN 128515) |
| | PRATT & ASSOCIATES |
| 2 | 1871 The Alameda, Suite 425 |
| | San Jose, CA 95126 |
| 3 | Telephone:    (408) 429-6506 |
| | Fax:    (408) 369-0752 |
| 4 | pgore@prattattorneys.com |
| 5 | D'Juana Parks (pro hac vice) |
| | John Keith Hyde (pro hac vice) |
| 6 | PROVOST*UMPHREY LAW FIRM, L.L.P. |
| | 490 Park Street |
| 7 | Beaumont, TX  77701 |
| | Telephone: (409) 835-6000 |
| 8 | Fax: (409) 813-8647 |
| | dparks@pulf.com |
| 9 | |
| | Attorneys for Plaintiff ROBERT E. FIGY |
| 10 | |
| | David T. Biderman (Cal. Bar No. 101577) |
| 11 | DBiderman@perkinscoie.com |
| | Joren S. Ayala-Bass (Cal. Bar No. 208143) |
| 12 | JBass@perkinscoie.com |
| | PERKINS COIE, LLP |
| 13 | Four Embarcadero Center, Suite 2400 |
| | San Francisco, CA  94111-4131 |
| 14 | Telephone: 415.344.7000 |
| | Facsimile: 415.344.7050 |
| 15 | |
| | Richard N. Kessler (pro hac vice) |
| 16 | RKessler@mcdonaldhopkins.com |
| | 300 North LaSalle Street, Suite 2100 |
| 17 | Chicago, IL  60654 |
| | Telephone:  312.280.0111 |
| 18 | Facsimile:  312.280.8232 |
| 19 | Attorneys for Defendant, |
| | LIFEWAY FOODS, INC. |
| 20 | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT E. FIGY, individually and on behalf of all others similarly situated, | Case No. 3:13-CV-04828 TEH |
| Plaintiff, | **[PROPOSED] ORDER ON STIPULATION CONCERNING CASE MANAGEMENT CONFERENCE** |
| v. | |
| LIFEWAY FOODS, INC., | Action Filed:  October 17, 2013 |
| Defendant. | |

[PROPOSED] ORDER ON STIPULATION CONCERNING CASE MANAGEMENT CONFERENCE
CASE NO. 3:13-CV-04828 TEH

1  **[PROPOSED] ORDER**

2  Pursuant to the stipulation of the parties, and for good cause showing, the case

3  management conference currently scheduled for April 20, 2015, is continued for a period of 120

4  days, to ~~a date and time to be set based on the Court's convenience~~ Monday, August 24, 2015, at 1:30 p.m., and the stay currently in place

5  is continued for the same time period. No more than seven days before the rescheduled case

6  management conference, counsel for the parties shall submit a joint statement of no more than six

7  pages in which the parties will inform the Court of the FDA's review.

8  **IT IS SO ORDERED.**

10  DATED: _____04/14_____, 2015

The Honorable Thelton E. Henderson
Judge, United States District Court for the Northern District
of California

*(Seal: United States District Court, Northern District of California — Judge Thelton E. Henderson, signed)*

28  LEGAL125645831

-2-

[PROPOSED] ORDER ON STIPULATION CONCERNING CASE MANAGEMENT CONFERENCE
CASE NO. 3:13-CV-04828 TEH