1 | Joren S. Ayala-Bass, Bar No. 208143
Joren@LeiderLegal.com
2 | Philip A. Leider, Bar No. 229751
Philip@LeiderLegal.com
3 | THE LAW OFFICE OF PHILIP A. LEIDER
2709 10th Street, Unit E
4 | Berkeley, CA 94710
Telephone:  415-215-8397
5 | eFax:  510-350-9115

6 | Richard N. Kessler (*Pro Hac Vice*)
RKessler@mcdonaldhopkins.com
7 | MCDONALD HOPKINS LLC
300 North LaSalle Street, Suite 2100
8 | Chicago, IL 60654
9 | Telephone: 312-280-0111
Facsimile: 312-280-8232

10

11 | David T. Biderman, Bar No. 101577
D.Biderman@perkinscoie.com
PERKINS COIE LLP
12 | 505 Howard Street, Ste. 1000
San Francisco, CA 94105
13 | Telephone: 415-344-7000
Facsimile: 415-344-7050

14

15 | Attorneys for Defendant
Lifeway Foods, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

ROBERT E. FIGY, individually and on behalf of all others similarly situated,

Plaintiff,

v.

LIFEWAY FOODS, INC.,

Defendant.

Case No. 3:13-CV-04828-TEH

**[PROPOSED] ORDER CONTINUING DEADLINES ON LIFEWAY FOODS, INC.'S MOTION TO DISMISS AND MOTION TO STRIKE FIRST AMENDED COMPLAINT**

Action Fired: October 17, 2013

Date:            March 14, 2016
Time:            10:00 a.m.
Before:          Hon. Thelton E. Henderson.
Courtroom:       2, 17th Floor

# ORDER

Pursuant to the stipulation of the parties, IT IS ORDERED AS FOLLOWS:

All deadlines related to Lifeway Foods, Inc.'s Motion to Dismiss and Motion to Strike Plaintiff's First Amended Complaint (the "Motion") are continued by seven calendar days as follows:

1. The hearing on the Motion is continued to March 14, 2016, at 10:00 a.m.

2. The deadline for Plaintiff to file his opposition to the Motion is continued to February 23, 2016.

3. The deadline for Lifeway Foods to file its reply to Plaintiff's opposition is continued to March 1, 2016.

**IT IS SO ORDERED.**

Dated: 02/04/2016

_____
Honorable Thelton E. Henderson
United States District Judge

1

[PROPOSED] ORDER CONTINUING DREADLINES ON LIFEWAY FOODS, INC.'S MOTION TO DISMISS AND MOTION TO STRIKE FIRST AMENDED COMPLAINT
Case No. 3:13-CV-04828 TEH