1
2  Ben F. Pierce Gore (SBN 128515)
   PRATT & ASSOCIATES
3  1871 The Alameda, Suite 425
   San Jose, CA 95126
   Telephone:    (408) 429-6506
4  Fax:    (408) 369-0752
   pgore@prattattorneys.com
5

6  D'Juana Parks (*pro hac vice*)
   John Keith Hyde (*pro hac vice*)
7  PROVOST*UMPHREY LAW FIRM, L.L.P.
   490 Park Street
8  Beaumont, TX  77701
   Telephone: (409) 835-6000
9  Fax: (409) 813-8647
   dparks@pulf.com

10 *Attorneys for Plaintiff Robert E. Figy*

11 Joren S. Ayala-Bass, Bar No. 208143
   Joren@LeiderLegal.com
12 Philip A. Leider, Bar No. 229751
   Philip@LeiderLegal.com
13 THE LAW OFFICE OF PHILIP A. LEIDER
   2709 10th Street, Unit E
14 Berkeley, CA 94710
   Telephone:  415-215-8397
15 eFax:  510-350-9115

16 Richard N. Kessler (*Pro Hac Vice*)
   RKessler@mcdonaldhopkins.com
17 MCDONALD HOPKINS LLC
   300 North LaSalle Street, Suite 2100
18 Chicago, IL 60654
   Telephone: 312-280-0111
19 Facsimile: 312-280-8232

20
   Attorneys for Defendant
21 Lifeway Foods, Inc.

22                  UNITED STATES DISTRICT COURT

23                 NORTHERN DISTRICT OF CALIFORNIA

24                       SAN FRANCISCO DIVISION

25

26

27

28
                                    4
STIPULATION TO CONTINUE HEARING ON LIFEWAY FOODS, INC.'S MOTION TO DISMISS AND
MOTION TO STRIKE FIRST AMENDED COMPLAINT
Case No. 3:13-CV-04828 TEH

| | |
|---|---|
| ROBERT E. FIGY, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>LIFEWAY FOODS, INC.,<br><br>Defendant. | Case No. 3:13-CV-04828-TEH<br><br>**STIPULATION TO CONTINUE HEARING ON LIFEWAY FOODS, INC.'S MOTION TO DISMISS AND MOTION TO STRIKE FIRST AMENDED COMPLAINT OR ALTERNATIVELY FOR THE COURT TO RULE BASED ON THE WRITTEN MOTION AND RESPONSES**<br><br>Action Filed:  October 17, 2013<br><br>Date:         April 4, 2016<br>Time:        10:00 a.m.<br>Before:      Hon. Thelton E. Henderson.<br>Courtroom: 2, 17th Floor |

**ORDER**

Pursuant to the stipulation of the parties, IT IS ORDERED AS FOLLOWS:

The hearing on the Motion is continued to June ~~16~~ 13, 2016, at 10:00 a.m.

**IT IS SO ORDERED**

DATED: 03/21/2016

_____
Honorable Thelton E. Henderson
United States District Judge