Ben F. Pierce Gore (SBN 128515)
PRATT & ASSOCIATES
1871 The Alameda Suite 425
San Jose, CA 95126
Telephone: (408) 429-6506
Fax: (408) 369-0752
pgore@prattattorneys.com

D'Juana Parks *(pro hac vice)*
PROVOST ✶ UMPHREY LAW FIRM, LLP
490 Park Street
Beaumont, TX 77701
Telephone: (409) 835-6000
Fax: (409) 813-8647
dparks@pulf.com

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| ROBERT FIGY, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>LIFEWAY FOODS, INC.,<br><br>Defendant. | Case No. 3:13-CV-04828-TEH<br><br>**JOINT STIPULATION TO CONTINUE OCTOBER 3, 2016 CASE MANAGEMENT CONFERENCE;**<br><br>**[PROPOSED] ORDER**<br><br>The Hon. Thelton E. Henderson<br>CMC Date:   October 3, 2016<br>Time: 1:30 p.m.<br>Place: Courtroom 12, 19th Floor |

1   Plaintiff Robert Figy and Defendant Lifeway Foods, Inc., by and through their respective
2   counsel of record, enter into the following stipulation, subject to Court approval, continuing the
3   October 3, 2016 Case Management Conference in this action:
4   WHEREAS, this action was stayed pending the Food and Drug Administration's ("FDA")
5   review of its draft guidance on the use of the term "evaporated cane juice" ("ECJ") on food
6   product labels (Dkt. 44);
7   WHEREAS, on January 4, 2016, the Court entered an order lifting the stay "in light of the
8   FDA's delay in providing final guidance on ECJ." (Dkt. 57);
9   WHEREAS, on May 25, 2016, FDA issued its final guidance entitled "Ingredients
10  Declared as Evaporated Cane Juice";
11  WHEREAS, following a hearing on June 13, 2016, the Court denied Lifeway's Motion to
12  Dismiss and Motion to Strike, and granted Defendant's Request for Judicial Notice in an Order
13  dated August 16, 2016 (Dkt. 81);
14  WHEREAS, Lifeway answered the FAC on August 30, 2016 (Dkt. 83);
15  WHEREAS, the parties are presently engaged in settlement discussions;
16  WHEREAS, in the interest of efficiency, the parties have agreed and respectfully request
17  the Court's assent to continue the October 3, 2016 Case Management Conference to December
18  12, 2016 (or a subsequent date of the Court's choosing convenient to the Court's calendar); and
19  WHEREAS, this stipulation is not being presented to cause unnecessary delay, or for any
20  other improper purpose;
21  NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, between Plaintiff
22  and Defendant, subject to approval by the Court, that the Case Management Conference will be
23  continued to December 12, 2016 at 1:30 p.m., or a date and time otherwise convenient for the
24  Court, and the parties will file a joint case management statement one week in advance of the
25  conference.
26
27
28

JOINT STIPULATION TO CONTINUE OCTOBER 3, 2016 CASE MANAGEMENT CONFERENCE; Case
No. 3:13-cv-04828-TEH

2

Dated: September 23, 2016

/s/ Pierce Gore
Pierce Gore

Dated: September 23, 2016

/s/ Joren Ayala-Bass
Joren Ayala-Bass
Attorney for Defendant Lifeway Foods, Inc.

**ATTESTATION**

I, Pierce Gore, hereby certify that I have obtained the consent of all signatories hereto this 23rd day of September, 2016.

/s/ Pierce Gore
Pierce Gore

**[PROPOSED] ORDER**

Pursuant to stipulation of the parties, and good cause appearing therefor, **IT IS HEREBY ORDERED** that the case management conference scheduled on October 3, 2016 shall be continued to December 12, 2016 at 1:30 ~~3:00~~ p.m., and the parties will file a joint status report one week in advance of the conference.

DATED: September 26, 2016

Hon. Thelton E. Henderson
United States District Judge