Joren S. Ayala-Bass, Bar No. 208143
Joren@LeiderLegal.com
Philip A. Leider, Bar No. 229751
Philip@LeiderLegal.com
THE LAW OFFICE OF PHILIP A. LEIDER
2709 10th Street, Unit E
Berkeley, CA 94710
Telephone:  415-215-8397
eFax:  510-350-9115

Douglas A. Hass (*Pro Hac Vice*)
douglash@lifeway.net
Lifeway Foods, Inc.
6101 West Gross Point Road
Niles, IL 60714
Telephone: (847) 779-8950
Facsimile: (847) 647-6305

Attorneys for Defendant
Lifeway Foods, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ROBERT E. FIGY, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>LIFEWAY FOODS, INC.,<br><br>Defendant. | Case No. 3:13-CV-04828-TEH<br><br>**NOTICE OF CHANGE IN COUNSEL**<br><br>**[Civ. L.R. 5-1(c)]**<br><br>Action Filed:  October 17, 2013 |

### NOTICE OF CHANGE IN COUNSEL

TO THIS HONORABLE COURT, PLAINTIFF ROBERT FIGY, AND HIS ATTORNEYS OF RECORD:

**PLEASE TAKE NOTICE THAT** the firm McDonald Hopkins LLC, 300 North LaSalle Street, Suite 2100, Chicago, IL 60654 and attorneys Richard Kessler and Joseph Jacobi no longer represents Defendant Lifeway Foods, Inc. in this matter.  Lifeway Foods continues to be represented by Joren S. Ayala-Bass and Philip Leider of the Law Office of Philip A. Leider, at 2709 10th Street, Berkeley, CA 94710, and Douglas A. Hass, at Lifeway Foods, Inc., 6101 West Gross Point Road, Niles, IL 60714.  All pleadings and papers served or filed in the above-captioned action should continue to be served upon the foregoing attorneys.

DATED:  November 2, 2016      **MCDONALD HOPKINS LLC**

By:  /s/ Richard N. Kessler
         Richard N. Kessler

Former Attorneys for Defendant
LIFEWAY FOODS, INC.

DATED:  November 2, 2016      **THE LAW OFFICE OF PHILIP A. LEIDER**

By:  /s/ Joren S. Ayala-Bass
         Joren S. Ayala-Bass

Attorneys for Defendant
LIFEWAY FOODS, INC.

### ATTESTATION

I, Joren S. Ayala-Bass, do hereby declare pursuant to Civil Local Rule 5-1(i)(3) that I obtained concurrence in the filing of the foregoing document from all Signatories.

DATED: November 2, 2016      By:  /s/ Joren S. Ayala-Bass
                Joren S. Ayala-Bass