Ben F. Pierce Gore (SBN 128515)
**PRATT & ASSOCIATES**
1871 The Alameda, Suite 425
San Jose, CA 95126
Telephone: (408) 369-0800
Fax: (408) 369-0752
pgore@prattattorneys.com

*Attorneys for Plaintiff*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| ROBERT FIGY, | Case No. 3:13-CV-04828 |
| Plaintiff, | [~~PROPOSED~~] **ORDER** |
| v. | |
| LIFEWAY FOODS, INC., | |
| Defendant. | |

This matter is before the Court on the Parties' Voluntary Stipulation of Dismissal.

**IT IS HEREBY ORDERED:**

1. The Court hereby dismisses this case without prejudice, and such dismissal will convert to a dismissal with prejudice twenty (20) days from the Court's Order; and

2. Each party shall bear its own costs and attorneys' fees.

**IT IS SO ORDERED.**

*[signature]*
Honorable Thelton Henderson
United States Senior District Judge
4/11/2017

-1-
[~~PROPOSED~~] ORDER
Case Number: 3:13-CV-04828